**Patricia Jordine, Plaintiff-Appellee, v. Metropolitan Life Insurance Company, a Corporation, Defendant-Appellant.**

**Gen. No. M–10,796.**

Fourth District.

April 10, 1967.

William J. Bach and William S. Bach, of Bloomington, for appellant; Thomson, Thomson & Mirza, of Bloomington, for appellee. Opinion by JUSTICE TRAPP. Not to be published in full.